IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES ex rel.
PHILIP BORRIS, et al.,
    Plaintiffs,

v.                                  Case No. 2:06-CV-873
                                      JUDGE EDMUND A. SARGUS, JR.
                                      Magistrate Judge Mark R. Abel

BECHTEL-JACOBS, CO., LLC, et al.,
    Defendants.

### ORDER

On June 6, 2007, the Magistrate Judge issued an Order Staying briefing on the Motions to Dismiss because the parties have been discussing a final resolution of this action. In view of the present case posture, the Motions (**Doc. #40 and #42**) are **DENIED without prejudice** pending the parties' anticipated settlement.

**IT IS SO ORDERED.**

8-7-2007
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE